1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

UNITED SPECIALTY INSURANCE
COMPANY, a foreign insurer

        Plaintiff,

    vs.

CHIEFTAIN, LLC, a Washington Limited
Liability Company; PREMIER HOME
REPAIRS, INC., a Washington company;

        Defendants.

No.  2:22-cv-779

**COMPLAINT FOR DECLARATORY
JUDGMENT**

14

Plaintiff United Specialty Insurance Company ("USIC") alleges as follows:

15

## I.  NATURE OF ACTION

16

1.     This is an action under the Federal Declaratory Judgment Act, 28 U.S.C §2201 *et.*

17

*seq*.  USIC seeks a declaration of the parties' rights and obligations of Chieftain, LLC and USIC

18

under a commercial general liability insurance policy issued to Premier Home Repairs, Inc.

19

("Premier") regarding the Underlying Lawsuit King County Superior Case No. 21-2-05120-7 SEA

20

("Underlying Action").

21

2.     USIC seeks a judicial declaration that it owes no duty to defend or indemnify

22

Chieftain LLC or Premier Home Group Repairs, LLC in the Underlying Action.

23

Complaint for Declaratory Judgment – 1
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II.  PARTIES

3.      Plaintiff United Specialty Insurance Company ("USIC") is and was a Texas Corporation with its principal offices located in Bedford, Texas.  USIC is and was engaged in the business of property and casualty insurance.  USIC issued a policy of insurance with effective dates of May 7, 2019 to May 7, 2020, Policy No. DCI00865-00 ("Policy"), providing commercial general insurance coverage to policyholder Premier.

4.      Defendant Chieftain, LLC is a Washington limited liability company with its principal place of business in Seattle, Washington.  Upon information and belief all members of Chieftain are residents of Washington state.

5.      Defendant Premier Home Repairs, Inc. is a Washington corporation with its principal place of business in Seattle, Washington.

## III.  JURISDICTION AND VENUE

6.      This Court has original jurisdiction of this matter under 28 U.S.C. §1332, in that this is a civil action between citizens of different states in which the amount in controversy exceeds, exclusive of costs and interest, $75,000.

7.      This is a claim for declaratory relief as authorized by 28 U.S.C. §2201; the Washington Uniform Declaratory Judgment Act of RCW 7.24.010, *et seq.*; and by Rule 57 of the Federal Rules of Civil Procedure.

8.      Venue is proper in the Western District of Washington because the Underlying Action is filed in King County and the subject property is located in King County.

## IV.  FACTS

9.      Based upon information and belief, Defendant Chieftain was the general contractor hired to construct certain residential properties.

Complaint for Declaratory Judgment – 2
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE ● SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 ● (206) 689-8501 FAX

10.     On May 6, 2021, a group of homeowners filed suit against Chieftain in the Underlying Action.  Chieftain has now settled that matter and is currently pursuing Premier.

11.     Underlying Plaintiffs alleged they purchased homes located at 4407 44th Avenue Southwest Units, A, B, and C and 4409 44th Avenue Southwest, Units A, B, and C in the City of Seattle.

12.     Chieftain was alleged to be the general contractor for these residences.  The Underlying Action alleges Chieftain entered into purchase and sale agreements for the residences between November 2019 and January 2020.

13.     The Underlying Action alleges that after moving into the residences, Underlying Plaintiffs began noticing defects in the construction of the residences.

14.     Chieftain answered and filed a Third-Party Complaint against certain subcontractors, including Premier.  Chieftain alleges that it entered into a contract with Premier to install sheet metal flashing.

15.     Chieftain allegedly entered into a subcontract agreement with Premier for work at the subject property.  The subcontract agreement is dated June 25, 2019.

16.     The subcontract agreement does not identify the 44th Avenue locations as the subject of the work.  The subcontract does not identify any location of performance.

## V.  POLICY

17.     USIC issued the Policy to Premier.  The Policy includes the following provisions:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETEDOPERATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED     OPERATIONS     LIABILITY

Complaint for Declaratory Judgment – 3
Case No.  2:22-cv-779

3150237 / 2710.0006

COVERAGE PART

**SCHEDULE**

| Name of Person or Organization: |
| --- |
| Blanket as required by virtue of written contract. |
| **Location and Description of Completed Operations:** |
| **Additional Premium:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.

**Section II – Who is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

\* \* \*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy

Complaint for Declaratory Judgment – 4
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

provided that:

**(1)**   The additional insured is a Named Insured under such other insurance; and

**(2)**   You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

\* \* \*

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM – CG 00 01 04 13 SECTION I – COVERAGE A**

**1.     Insuring Agreement**

    **a.**     We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend any insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.  But:

        **(1)**     The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

        **(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided under Supplementary Payments – Coverages **A** and **B**.

    **b.**     This insurance applies to "bodily injury" and "property damage" only if:

Complaint for Declaratory Judgment – 5
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policyperiod; and

**(3)** Prior to the "policy period," no insured listed under Paragraph **1.** OfSection **II** – Who Is an Insured and no "employee" authorized byyou to give or receive notice of an "occurrence" or claim, knew that the "occurrence," "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized"employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage"during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any"employee" authorized by you to give or receive notice of an "occurrence"or claim, includes any continuation, change or resumption of that "bodilyinjury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been knownto have occurred at the earliest time when any insured listed un-der Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages becauseof the "bodily injury" or

Complaint for Declaratory Judgment – 6
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

"property damage"; or

**(3)**    Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.**    Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

* * *

**2.**    **Exclusions**

This insurance does not apply to:

* * *

**b.**    **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    That the insured would have in the absence of the contract or agreement; or

**(2)**    Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Sole forthe purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)**    Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured

Complaint for Declaratory Judgment – 7
Case No.  2:22-cv-779

3150237 / 2710.0006

contract"; and

    **(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

  * * *

  **j.** **Damage To Property**

   "Property damage" to:

   * * *

    **(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

    **(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

   * * *

   Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

   Paragraph **(6)** of this exclusion does not apply to "property damage"" included in the "products-completed operations hazard".

  * * *

  **l.** **Damage To Your Work**

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Complaint for Declaratory Judgment – 8
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)   A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

* * *

**SECTION V – DEFINITIONS**

* * *

2.   "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

* * *

8.   "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a.   It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b.   You have failed to fulfill the terms of a contract or

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE ● SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 ● (206) 689-8501 FAX

agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

* * *

13.     "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

* * *

16.     "Products-completed operations hazard":

a.      Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1)     Products that are still in your physical possession; or Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a)     When all of the work called for in your contract has been completed.

(b)     When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c)     When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

completed.

    **b.**    Does not include "bodily injury" or "property damage" arising out of:

        **(1)**    The transportation of property, unless you injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)**    The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)**    Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.**    "Property damage" means:

    **a.**    Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.**    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

\* \* \*

**21.**    "Your product"

    **a.**    Means:

        **(1)**    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)**    You;

Complaint for Declaratory Judgment – 11
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

       **(b)**      Others trading under your name; or

       **(c)**      A person or organization whose business or assets you have acquired; and

    **(2)**      Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.**    Includes:

    **(1)**      Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)**      The providing of or failure to provide warnings or instructions.

  **c.**    Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.**    "Your work":

  **a.**    Means:

    **(1)**      Work or operations performed by you or on your behalf; and

    **(2)**      Materials, parts or equipment furnished in connection with such work or operations.

  **b.**    Includes:

    **(1)**      Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)**      The providing of or failure to provide warnings or instructions.

\* \* \*

Complaint for Declaratory Judgment – 12
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

The Policy further contains CG21671204 – FUNGI OR BACTERIA EXCLUSION, which states:

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

   **2.**      **Exclusions**

            This insurance does not apply to:

            **Fungi or Bacteria**

   **a.**    "Bodily Injury or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   **b.**    Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

            This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

Complaint for Declaratory Judgment – 13
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**B.**     The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal and Advertising Liability:**

**2.      Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.**     "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.**     Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.**     The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores,scents or byproducts produced or released by fungi.

* * *

The Policy also contains DCCGL0191115 – EXCLUSION – CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE, which states:

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**EXCLUSION – CONTINUOUS OR PROGRESSIVE INJURY**

Complaint for Declaratory Judgment – 14
Case No.  2:22-cv-779

3150237 / 2710.0006

**AND DAMAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**   This insurance does not apply to any damages because of or related to "bodily injury" or"property damage":

   **1.**   Which first existed, or alleged to have first existed, prior to the inception date of thispolicy; or

   **2.**   Which are, or are alleged to be, in the process of taking place prior to the inception dateof this policy, even if the actual or alleged "bodily injury" or "property damage" continues during this policy period; or

   **3.**   Which were caused, or are alleged to have been caused, by the same condition or construction defect which resulted in "bodily injury" or "property damage" which first existed prior to the inception date of this policy.

We shall have no duty to defend any insured against any loss, claim, "suit" or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which thisendorsement applies.

All other terms and conditions of this policy remain unchanged.

18.   The Policy provides coverage according to its terms and conditions and not otherwise.

### VI.  CAUSE OF ACTION:  DECLARATORY JUDGMENT

19.   USIC realleges the allegations in paragraphs 1 through 18 as if fully set forth herein.

20.   An actual and justiciable controversy exists between USIC and Defendants concerning whether Chieftain is an additional insured under the Policy issued to Premier.

21.   An actual and justiciable controversy exists between USIC and Defendants whether

Complaint for Declaratory Judgment – 15
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1   USIC is required to defend and/or indemnify Chieftain or Premier with respect to the Underlying

2   Action.

3         22.     Upon information and belief, the work performed by Premier at the subject property

4   was completed prior to the subcontract being entered into.  The subcontract therefore could not

5   have applied to work at the subject property and does not require Chieftain to be named as an

6   additional insured at that location.

7         23.     USIC seeks a judicial declaration of the parties' respective rights and obligations

8   under the insurance policy based upon the lack of alleged "property damage" occurring during the

9   policy period.

10        24.     USIC seeks a judicial declaration based upon the express language contained in the

11  Policy's J, K and L exclusions:  (j) Damage to Property, (k) Damage to Your Work, and (l) Damage

12  to Your Product.  The claims alleged in the Underlying Action are not covered based upon

13  application of these exclusions.

14        25.     USIC seeks a judicial declaration based upon the express language contained in the

15  Policy's Continuous or Progressive Injury and Damage Exclusion.  The Claims alleged in the

16  Underlying Action are not covered based on the application of this exclusion.

17        26.     USIC seeks a judicial declaration that given the Chieftain as settled the Underlying

18  Action, USIC has no continuing duty to defend Chieftain or pay for pursuit of affirmative claims.

19                                   **VII.  <u>PRAYER FOR RELIEF</u>**

20        USIC requests judgment against defendants as follows:

21        1.     For Judgment for USIC against Defendants and each of them that USIC has no duty

22  to defend or indemnify Chieftain in the Underlying Action.

23        2.     For Judgment for USIC against Defendants and each of them that USIC has no duty

Complaint for Declaratory Judgment – 16
Case No.  2:22-cv-779

3150237 / 2710.0006

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1 | to defend or indemnify Premier in the Underlying Action.

2 |         3.        For Judgment for USIC finding that it has no continuing duty to defend Chieftain

3 | and may withdraw from defense.

4 |         4.        For Judgment for USIC finding that it has no continuing duty to defend Premier

5 | and may withdraw from defense.

6 |         5.        For award of costs and fees allowed by law.

7 |         6.        Such other relief as the Court deems just and proper.

8 |         DATED this 6th day of June, 2022.

9

10 |                                                       s/Ryan J. Hesselgesser
                                                          Ryan J. Hesselgesser, WSBA #40720
                                                          FORSBERG & UMLAUF, P.S.

11 |                                                       901 Fifth Ave., Suite 1400
                                                          Seattle, WA  98164

12 |                                                       Phone:  (206) 689-8500
                                                          Email:  rhesselgesser@foum.law

13 |                                                       Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

Complaint for Declaratory Judgment – 17
Case No.  2:22-cv-779

3150237 / 2710.0006

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX